BRYAN SCHRODER
Acting United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: William.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | FELON IN POSSESSION OF A |
| vs. ) | FIREARM |
| ) | Vio. of 18 U.S.C. §§ 922(g)(1), |
| AHMODJATAI PREYONUSS ) | 924(a)(2) |
| BALDWIN, ) | |
| AKA "TAI" ) | |
| Defendant. ) | |
| ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about August 23, 2016, in the District of Alaska, the defendant, AHMODJATAI PREYONUSS BALDWIN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly

possess, in and affecting interstate and foreign commerce, a firearm, to wit: Smith and Wesson, Model M&P .40 caliber semi-automatic handgun.

## Convictions

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 11/23/2015 | Attempted Misconduct Involving Controlled Substances in the Third Degree | State of Alaska | 3AN-14-6197CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

             s/ Grand Jury Foreperson
             GRAND JURY FOREPERSON

s/ William A. Taylor
WILLIAM A. TAYLOR
United States of America
Assistant U.S. Attorney


s/ Bryan Schroder
BRYAN SCHRODER
United States of America
Acting United States Attorney


DATE:  4-18-2017

Page 2 of 2

Case 3:17-cr-00039-TMB-MMS  Document 2  Filed 04/19/17  Page 2 of 2